No. 98–7882. WASHINGTON *v.* SOUTH CAROLINA ET AL. C. A. 4th Cir. Certiorari denied.

No. 98–7884. JORDAN *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 98–7885. LIDMAN *v.* DEPARTMENT OF STATE ET AL. C. A. 3d Cir. Certiorari denied.

No. 98–7893. STEPHENS *v.* UNITED STATES; and
No. 98–8035. WOODS *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied. Reported below: 162 F. 3d 1177.

No. 98–7899. NORRIS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 98–7907. SKIPPER *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 98–7935. DEATON *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 98–7941. WILLIAMS *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 98–7956. MUHAMMAD *v.* UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 98–7957. MURDOCK *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 6th Cir. Certiorari denied.

No. 98–7961. MACON *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 98–7962. MARSH *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 98–7963. MARTIN *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 98–7966. CARMONA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 98–7968. MAYS *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.